360 A.2d 635
COMMONWEALTH
v.
BROWN, Appellant.

Submitted February 2, 1976. Edward F. Browne, Jr., Assistant Public Defender, for appellant; Ronald L. Buckwalter, First Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The record is remanded to the court below and appellant is given permission to file post-verdict motions nunc pro tunc within thirty (30) days of this order. See Pa.R.Crim.P. 1123.

360 A.2d 634
COMMONWEALTH
v.
BROWN, Appellant.